## BARNABÉ CAMPAU
### v.
## JOSEPH CAMPAU

1807

1807

### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . . *Journal, infra,* \*p. 51
2. Appearance; declaration filed; rule to plead . . . . " 62
3. Rule to plead . . . . . . . . . . . . " 80
4. Reference . . . . . . . . . . . . " 87
5. Report of referees; judgment . . . . . . . . " 92

1. Capias and return . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .
3. Order of reference and report of referees . . . . . . . .
4. Letter (in French) . . . . . . . . . . . . . .
5.–11. Statements of accounts (in French) . . . . . . . . . .